**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **Lorrie Ruble,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No.:1:22-cv-478-JMS-DLP |
| | ) |
| **Jefferson Capital Systems, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Lorrie Ruble, by counsel, and Defendant, Jefferson Capital Systems, LLC, by counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each party to bear their own attorney fees and costs.

Respectfully submitted,

/s/Morgan I. Marcus
Morgan I. Marcus
Counsel for Defendant
Sessions, Israel & Shartle, LLC
141 W. Jackson Blvd., Suite 3550
Chicago, IL 60604
Office: (312) 334-0661

/s/John T. Steinkamp
John T. Steinkamp
Counsel for Plaintiff
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN 46227
Office: (317) 780-8300